| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Roy R. Kranz | Telephone: (989) 895-5712 |
|---|---|---|
| | Special Agent: Scott Engelby | Telephone: (989) 892-6525 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Christopher Ray Miller

Case No. 1:20-mj-30514
Judge: Morris, Patricia T.
Filed: 12-09-2020 At 03:02 PM
SEALED MATTER (krc)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 13, 2020__ in the county of __Isabella__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) & (b)(2); Possession of Child Pornography<br>18 U.S.C. § 2252A(a)(2); Distribution of Child Pornography<br>18 U.S.C. § 2422(b); Attempted Enticement of a Minor to Engage in Sexual Activity | 1: Defendant, knowingly possessed child pornography, as defined in 18 U.S.C. § 2256(8)(a), involving a prepubescent minor and a minor who had not attained 12 years of age, such image having been produced by using materials affecting interstate or foreign commerce by any means including a computer.<br>2: Defendant, knowingly distributed any child pornography, as defined in 18 U.S.C. § 2256(8)(a), that has been shipped or transported in or affecting interstate or foreign commerce by any means including a computer.<br>3: Defendant used a facility of interstate commerce, to attempt to knowingly persuade & entice a person that had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with an offense. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Scott Engelby, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: 12/09/2020

City and state: Bay City, Michigan

_____
Judge's signature

Patricia Morris, United States Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Scott Engelby, being duly sworn, do hereby state as follows:

1.    I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been employed since January 5, 2019. I am presently assigned to the FBI's Detroit Field Office, Bay City resident agency. I work a variety of criminal and national security matters including the investigation of violent crimes, major offenses such as federal bank robberies, crimes against children and the apprehension of federal fugitives. During the course of my career, I have conducted and participated in numerous child exploitation and child pornography investigations including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography. I have received training in the area of child pornography and child exploitation, and I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in many forms of media, including computer media.

2.    This Affidavit is being submitted for the purpose of obtaining a criminal complaint and arrest warrant for Christapher Ray Miller for in violation of 18 U.S.C. § 2252A(a)(5)(B) & (b)(2), possession of child pornography involving a prepubescent minor or a minor who had not attained 12 years of age, 18 U.S.C. § 2252A(a)(2), receipt and distribution of child pornography and 18

1

U.S.C. § 2422(b), attempted coercion and enticement of a minor to engage in sexual activity.

3.   The information set forth in this affidavit was obtained during the course of my employment with the FBI, through personal observation, statements of witness, information supplied by other local and federal law enforcement officers and through other investigative activity.

## Probable Cause

4.   On November 4, 2020 a cooperating witness (CW-1) provided information to the FBI Sacramento Field Office regarding an individual distributing images of child pornography.

5.   CW-1 is a foreign national who operates a fake 13-year old online persona. CW-1 has been used by the FBI in the past which has led to the identifying of multiple subjects who were in possession of child pornography. CW-1 reported that the profile of CW-1's fake online persona clearly states that she is 13 years old and that she does not initiate contact with anyone, but waits until someone contacts her.

6.   On November 10, 2020, an individual using the moniker "RCDeVill," subsequently identified as Christopher R. Miller, contacted CW-1 on a chatting website (Website-1). After meeting on Website-1, CW-1 and MILLER began chatting on Google Hangouts. In Google Hangouts, Miller used the moniker

2

"Rachel Christapher" and provided an email address of "rcdevill@gmail.com." Miller stated that he was 48 years old and worked at a casino. Miller also provided CW-1 photographs of himself and his tattoos.

7. On November 13, 2020, Miller sent images of child erotica to CW1 followed by images of child pornography, which depicted the rape of a young child and bestiality. CW-1 preserved the chats with Miller and provided screen shots of those chats to the FBI. Those images have been viewed by me and they meet the federal definition of child pornography.

8. Miller sent a, "Daddy Daughter Contract" to CW-1. The contract listed the responsibilities and duties of the daughter to essentially be a slave for Miller. As her "daddy" he would engage in sexual intercourse with her, rent her to other individuals, teach her to engage in bestiality, and produce pornography with her. CW-1 and Miller signed the contract.

9. It was determined Miller lived at 4373 E River Rd. Mt. Pleasant, MI 48858. A search warrant was conducted of the residence. Multiple electronic items were seized.

10. Miller was interviewed on scene and at the Mt. Pleasant Police Station. Miller admitted to having been in possession of child pornography some of which Affiant personally observed on Miller's cellular telephone. Miller admitted to sending images of child pornography to CW-1. Miller described those images he

3

sent to CW-1 as a toddler being raped and bestiality. Miller admitted to having sent images of child pornography to other individuals. Miller admitted he sent those images and the, "daddy Daughter contract" to entice a minor to engage in sexual activity.

## Conclusion

Based upon the above information, I respectfully submit that there is probable cause to believe that Christapher Ray Miller committed the offense of 18 U.S.C. § 2252A(a)(5)(B) & (b)(2), possession of child pornography involving a prepubescent minor or a minor who had not attained 12 years of age; 18 U.S.C. § 2252A(a)(2), distribution of child pornography; and 18 U.S.C. § 2422(b), attempted coercion and enticement of a minor to engage in sexual activity.

_____
Scott Arron Engelby
Special Agent, FBI

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Patricia T. Morris
United States Magistrate Judge

4